**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                   CASE NO. 3:06-cr-218-J-32-HTS

ARCHIE JUNIOR SMITH

_____

**ORDER**

This case is before the Court on the Report and Recommendation of the Magistrate Judge (Doc. 62), which recommends that Defendant's Motion to Suppress Evidence (Doc. 32) be denied. Defendant has filed an objection to the Magistrate Judge's Report and Recommendation (Doc. 65) and the Government has responded thereto (Doc. 66).

In making his recommendation, the Magistrate Judge was required to make some difficult credibility determinations and deal with inconsistencies in the testimony of the two main witnesses, Sergeant Dyal and Defendant Archie Junior Smith. These credibility determinations and findings of fact by the Magistrate Judge were not clearly erroneous and the undersigned will not disturb them.

Moreover, I have undertaken my own independent and *de novo* review of the motion, including reviewing the transcript of the suppression hearing and the parties' legal arguments. Based upon that review, it is hereby

**ORDERED:**

1.  Defendant's objection to the Magistrate Judge's Report and Recommendation (Doc. 65) is **OVERRULED**.

2.  The Magistrate Judge's Report and Recommendation (Doc. 62) is **ADOPTED** as the opinion of the Court.

3.  Defendant's Motion to Suppress Evidence (Doc. 32) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 14th day of May, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

md.

Copies to:
Asst. U.S. Attorney (Frank Talbot)
Clyde M. Collins, Jr., Esquire
U. S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant