**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                          Case No. 3:06-cr-218-J-32HTS

ARCHIE JUNIOR SMITH
_____

**O R D E R**

This cause is before the Court on the Motion to Dismiss Court Appointed Counsel (Doc. #75; Motion). A hearing in regard to the Motion was held on June 1, 2007.

Upon due consideration, the Motion, in regard to which the United States interposed no objection, is **GRANTED** and Clyde M. Collins, Jr., Esquire, is relieved of his representation of Defendant. Charles L. Truncale, Esquire, is hereby appointed to replace Mr. Collins, who shall attempt to effectuate a smooth transition of documents and other materials in Mr. Smith's case.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of June, 2007.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Clyde M. Collins, Jr., Esquire
Charles L. Truncale, Esquire
Asst. U.S. Attorney (Talbot)
Pretrial Services
Defendant